### Miller *against* Sneads.

*June,* 1821.

BY the endorsement on the writ, the Note appeared to have been made by *Miller* and other payers. The writ was against *Miller* alone, the declaration described the note as made by *Miller* only, taking no notice of the others. Plea withdrawn and judgment by nil dicit.

*Declaration vs. one of several makers of promissory note, taking no notice of the others, good.*

The above-mentioned matter in the declaration was assigned as Error.

JUNE, 1821.

Miller
v.
Sneads.

*By the Court.* By our Statute the Note is joint and several. Under such a declaration a several Note of two or more may be given in evidence. (1 Stra. 76. 2 Stra. 819. Cowp. 832.) Even if the note could be viewed as joint, and not joint and several, this matter could be taken advantage of only by plea in abatement.

Judgment affirmed.